# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jeffrey Peterson,

Plaintiff(s),

v.

Midland Funding LLC et al,

Defendant(s).

Case No. 20 cv 2503
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Midland Funding LLC, Midland Credit Mangement, Inc., and Encore Capital Group, Inc.
and against plaintiff(s) Jeffrey Peterson
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to dismiss and compel arbitration.

Date: 11/16/2020                    Thomas G. Bruton, Clerk of Court

                                    Yvette Montanez, Deputy Clerk